IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF NEBRASKA

| | | |
|---|---|---|
| BILLY TYLER, | ) | |
| | ) | |
| Plaintiff, | ) | 4:11CV3174 |
| | ) | |
| v. | ) | |
| | ) | |
| KEVIN DENKER, CITY OF OMAHA, DOUGLAS COUNTY NEBRASKA, JUDGES OF DOUGLAS COUNTY COUNTY COURTS, the, and DOUGLAS COUNTY JAIL, Correctional Center K, | ) ) ) ) ) ) ) | **MEMORANDUM AND ORDER** |
| | ) | |
| Defendants. | ) | |

Plaintiff, a non-prisoner, filed a Motion for Leave to Proceed In Forma Pauperis.  (Filing No. 5.)  Upon review of Plaintiff's Motion, the court finds that Plaintiff is financially eligible to proceed in forma pauperis.

IT IS THEREFORE ORDERED that leave to proceed in forma pauperis is provisionally granted, and the Complaint shall be filed without payment of fees.

DATED this 22nd day of November, 2011.

BY THE COURT:

s/ Joseph F. Bataillon
Chief United States District Judge